DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
Fox Plaza
1390 Market Street, 5TH Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3960
Facsimile:      (415) 554-4248
E-Mail:          terence.howzell@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE NEW,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSIT AGENCY, CHERYL TURNER, ROBERT LOUIE, and DOES 1-40,<br><br>  Defendants. | Case No. C 13 1285 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: July 18, 2013<br>Time:   9:00 a.m.<br>Place:   Courtroom 5, 17th Floor<br>      450 Golden Gate, San Francisco, CA<br><br>Date Action Filed: December 22, 2011<br>Trial Date:    None Set |

A case management conference in the above-captioned matter currently is scheduled to occur for July 18, 2013 at 9:00 a.m. Defendant City and County of San Francisco's counsel, Deputy City Attorney Terence J. Howzell, has a long-scheduled vacation for the week of July 15, 2013 and will be out of the country. The parties request that the Court enter an order continuing the July 18, 2013 case management conference to August 22, 2013 at 9:00 a.m.

/ / /

/ / /

1  According, **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, that the
2  July 18, 2013 case management be continued to August __22, 2013 at 9:00 a.m., or as soon thereafter
3  as the conference may be scheduled.

4

5  Dated: July 1, 2013                    DENNIS J. HERRERA
                                          City Attorney
6                                         ELIZABETH S. SALVESON
                                          Chief Labor Attorney
7                                         TERENCE J. HOWZELL
                                          Deputy City Attorney
8
                                          By:   /s/ Terence J. Howzell
9                                         TERENCE J. HOWZELL
                                          Attorneys for Defendant
10                                        City and County of San Francisco

11
    Dated: July 1, 2013                   RUSSELL A. ROBINSON, ESQ.
12                                        LAW OFFICE OF RUSSELL A. ROBINSON

13                                        By:   /s/ Russell A. Robinson
                                          RUSSELL A. ROBINSON
14                                        Attorneys for Plaintiff Freddie New

15

16

17
                                 **[PROPOSED] ORDER**
18

19  For good cause appearing, the case management currently set for JULY, 18, 2013 is hereby
20  continued to August __22__, 2013 at 9:00 a.m.

21

22
    Dated: July __2__, 2013               _____
23                                        Judge Edward M. Chen
                                          United States District Court
24
                                          IT IS SO ORDERED AS MODIFIED
25

26

27

28