DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
Fox Plaza
1390 Market Street, 5TH Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3960
Facsimile:    (415) 554-4248
E-Mail:        terence.howzell@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE NEW,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSIT AGENCY, CHERYL TURNER, ROBERT LOUIE, and DOES 1-40,<br><br>    Defendants. | Case No. C 13 1285 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:  July 18, 2013<br>Time:          9:00 a.m.<br>Place:         Courtroom 5, 17th Floor<br>               450 Golden Gate, San Francisco, CA<br><br>Date Action Filed:  December 22, 2011<br>Trial Date:         None Set |

A case management conference in the above-captioned matter currently is scheduled to occur for July 18, 2013 at 9:00 a.m. Defendant City and County of San Francisco's counsel, Deputy City Attorney Terence J. Howzell, has a long-scheduled vacation for the week of July 15, 2013 and will be out of the country. The parties request that the Court enter an order continuing the July 18, 2013 case management conference to August 22, 2013 at 9:00 a.m.

/ / /

/ / /

1  According, **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, that the
2  July 18, 2013 case management be continued to August __22, 2013 at 9:00 a.m., or as soon thereafter
3  as the conference may be scheduled.

Dated: July 1, 2013

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
TERENCE J. HOWZELL
Deputy City Attorney

By: /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendant
City and County of San Francisco

Dated: July 1, 2013

RUSSELL A. ROBINSON, ESQ.
LAW OFFICE OF RUSSELL A. ROBINSON

By: /s/ Russell A. Robinson
RUSSELL A. ROBINSON
Attorneys for Plaintiff Freddie New

### [PROPOSED] ORDER

For good cause appearing, the case management currently set for JULY, 18, 2013 is hereby continued to August __22__, 2013 at 9:00 a.m.

Dated: July __2__, 2013

_____
Judge Edward M. Chen
United States District Court

**IT IS SO ORDERED AS MODIFIED**