1  Russell A. Robinson, SBN 163937
   Law Office of Russell A. Robinson
2  345 Grove Street, 1st Floor
   San Francisco, CA 94102
3  Phone:       415 255 0462
   Fax:         415 431 4526
4
   Counsel for Plaintiff
5  FREDDIE NEW

6

7

8             SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      CITY & COUNTY OF SAN FRANCISCO

10

11 FREDDIE NEW,                           ) No.    C-13-1285-NC
                                          )
12         Plaintiff,                     ) **PLAINTIFF'S REQUEST TO APPEAR BY**
                                          ) **TELEPHONE AT THE CMC AUGUST 22,**
13 v.                                     ) **2013** ; ORDER RESETTING CMC
                                          )
14 CITY & COUNTY OF SAN FRANCISCO, SAN    ) Date:          August 22, 2013
   FRANCISCO MUNICIPAL TRANSIT AGENCY,    ) Time:          9:00 a.m.
15 CHERYL TURNER, ROBERT LOUIE, and       )
   DOES 1-40,                             )
16                                        )
           Defendants.                    )
17                                        )

18
         Plaintiff, through counsel of record, hereby requests that his attorney be permitted to
19
   appear by telephone at the Case Management Conference presently set for August 22, 2013,
20
   at 9:00 a.m., in Courtroom 5 of this Court.  An unavoidable calendar conflict has arisen, and
21
   Plaintiff's counsel of record herein will otherwise be unavailable for the CMC.
22
         In the alternative, Plaintiff's counsel requests a one-week continuance of the CMC, so
23
   that the CMC may take place herein on August 29, 2013.
24
         All costs of any permitted telephone appearance will be borne by Plaintiff's cuonsel.
25

26
   Date:  August 19, 2013              _Russell A. Robinson /s/_
27                                     By:    Russell A. Robinson
                                       Law Office of Russell A. Robinson
28                                     Counsel for Plaintiff

   *New v. C&CSF, et al.*                                                    P003RTAT
   PLAINTIFF'S REQUEST TO APPEAR BY
   TELEPHONE AT THE CMC AUGUST 22, 2013

1 | FREDDIE NEW

3 IT IS HEREBY ORDERD that the CMC is rescheduled from 8/22/13 at 9:00 a.m. to 8/29/13 at 9:00 a.m.

_____
Edward M. Chen
United States District

