1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  TERENCE J. HOWZELL, State Bar #140822
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5TH Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3960
6  Facsimile:    (415) 554-4248
   E-Mail:       terence.howzell@sfgov.org
7
8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11 | FREDDIE NEW,                          | Case No. C 13 1285 EMC (MEJ)

12 |        Plaintiff,                     | **STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE**

13 |        vs.                            |
                                            Settlement Conference Date: October 22, 2013
14 | CITY AND COUNTY OF SAN                | Time:          10:00 a.m.
   | FRANCISCO, SAN FRANCISCO              | Place:         Courtroom B, 15th Floor
15 | MUNICIPAL TRANSIT AGENCY, CHERYL      |                450 Golden Gate, San Francisco, CA
   | TURNER, ROBERT LOUIE, and DOES 1-40,  |
16 |                                       |
   |        Defendants.                    | Date Action Filed:    December 22, 2011
17 |                                       | Trial Date:           None Set

18

19

20

21        A settlement conference in the above-captioned matter currently is scheduled to occur on

22 October 22, 2013 at 10:00 a.m.  Defendant Cheryl Turner has recently agreed to be represented by

23 Deputy City Attorney Terence J. Howzell and has now authorized him to respond on or before

24 November 8, 2013, to Plaintiff's Complaint.  The parties agree that Plaintiff must take the deposition

25 of Defendant before meaningful settlement discussions may occur in this matter.  The parties

26 anticipate that Defendant Cheryl Turner's deposition will occur before November 30, 2013.  The

27

28 STIPULATION & [PROPOSED] ORDER RE                 1                    n:\labor\li2013\130918\00879342.doc
   SETTLEMENT CONFERENCE
   CASE NO.  C 13 1285 EMC (MEJ)

1  parties request that the Court enter an order continuing the October 22, 2013 settlement conference to

2  a date in January 2014.

3          Accordingly, **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, that

4  the October 22, 2013 settlement conference be continued to a date in January 2014.

5

6      Dated:  October 16, 2013                     DENNIS J. HERRERA
                                                      City Attorney
7                                                    ELIZABETH S. SALVESON
                                                      Chief Labor Attorney
8                                                    TERENCE J. HOWZELL
                                                      Deputy City Attorney
9
                                                      By:__/s/ Terence J. Howzell_____
10                                                    TERENCE J. HOWZELL
                                                      Attorneys for Defendants
11

12
       Dated:  October 16, 2013                     RUSSELL A. ROBINSON, ESQ.
13                                                   LAW OFFICE OF RUSSELL A. ROBINSON

14                                                   By:__/s/ Russell A. Robinson_____
                                                      RUSSELL A. ROBINSON
15                                                   Attorneys for Plaintiff Freddie New

16

17

18                                    **[PROPOSED] ORDER**

19

20          For good cause appearing, the settlement conference currently set for October 22, 2013 at

21  10:00 a.m. is hereby continued to January _24_, 2014 at 10:00 a.m.

22

23

24     Dated:  October _21_, 2013          _____
                                            MAGISTRATE JUDGE MARIA-ELENA JAMES
25                                          United States District Court

26

27

28  STIPULATION & [PROPOSED] ORDER RE               2                    n:\labor\li2013\130918\00879342.doc
    SETTLEMENT CONFERENCE
    CASE NO.  C 13 1285 EMC (MEJ)