DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
Fox Plaza
1390 Market Street, 5TH Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3960
Facsimile:     (415) 554-4248
E-Mail:        terence.howzell@sfgov.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FREDDIE NEW, | Case No. C 13 1285 EMC (MEJ) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE** |
| vs. | Settlement Conference Date: October 22, 2013 |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSIT AGENCY, CHERYL TURNER, ROBERT LOUIE, and DOES 1-40, | Time:     10:00 a.m.<br>Place:    Courtroom B, 15th Floor<br>          450 Golden Gate, San Francisco, CA |
| Defendants. | Date Action Filed:  December 22, 2011<br>Trial Date:         None Set |

A settlement conference in the above-captioned matter currently is scheduled to occur on October 22, 2013 at 10:00 a.m. Defendant Cheryl Turner has recently agreed to be represented by Deputy City Attorney Terence J. Howzell and has now authorized him to respond on or before November 8, 2013, to Plaintiff's Complaint. The parties agree that Plaintiff must take the deposition of Defendant before meaningful settlement discussions may occur in this matter. The parties anticipate that Defendant Cheryl Turner's deposition will occur before November 30, 2013. The

1 parties request that the Court enter an order continuing the October 22, 2013 settlement conference to
2 a date in January 2014.
3       Accordingly, **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, that
4 the October 22, 2013 settlement conference be continued to a date in January 2014.

6 Dated: October 16, 2013        DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
TERENCE J. HOWZELL
Deputy City Attorney

By: /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendants

Dated: October 16, 2013        RUSSELL A. ROBINSON, ESQ.
LAW OFFICE OF RUSSELL A. ROBINSON

By: /s/ Russell A. Robinson
RUSSELL A. ROBINSON
Attorneys for Plaintiff Freddie New

### [PROPOSED] ORDER

For good cause appearing, the settlement conference currently set for October 22, 2013 at 10:00 a.m. is hereby continued to January 24, 2014 at 10:00 a.m.

Dated: October 21, 2013

MAGISTRATE JUDGE MARIA-ELENA JAMES
United States District Court

STIPULATION & [PROPOSED] ORDER RE      2      n:\labor\li2013\130918\00879342.doc
SETTLEMENT CONFERENCE
CASE NO. C 13 1285 EMC (MEJ)