```
 1 | DENNIS J. HERRERA, State Bar #139669
   | City Attorney
 2 | ELIZABETH S. SALVESON, State Bar #83788
   | Chief Labor Attorney
 3 | TERENCE J. HOWZELL, State Bar #140822
   | Deputy City Attorney
 4 | Fox Plaza
   | 1390 Market Street, 5th Floor
 5 | San Francisco, California 94102-5408
   | Telephone:    (415) 554-3960
 6 | Facsimile:    (415) 554-4248
   | E-Mail:       terence.howzell@sfgov.org
 7 |
   | Attorneys for Defendant
 8 | CITY AND COUNTY OF SAN FRANCISCO
 9 | RUSSELL A. ROBINSON, State Bar #163937
   | Law Office of Russell A. Robinson
10 | 345 Grove Street, 1st Floor
   | San Francisco, CA  94102
11 | Facsimile:    (415) 431-4526
12 | Counsel for Plaintiff
   | FREDDIE NEW
13 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FREDDIE NEW, | Case No. C 13 1285 EMC |
|---|---|
| Plaintiff, | |
| vs. | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSIT AGENCY, CHERYL TURNER, ROBERT LOUIE, and DOES 1-40, | Hearing Date: November 7, 2013<br>Time:          9:15 a.m.<br>Place:         Courtroom 5, 17th Floor<br>Judge:         Honorable Edward M. Chen |
| Defendants. | Date Action Filed:  December 22, 2011<br>Trial Date:         None Set |

JOINT CASE MANAGEMENT STATEMENT            1             n:\labor\li2013\130918\00882502.doc
CASE NO. C 13 1285 EMC

The parties through their counsel of record submit the following Joint Case Management Conference Statement.

**STATUS OF THE ACTION**

Defendant Cheryl Turner has recently agreed to be represented by Deputy City Attorney Terence J. Howzell and has authorized him to accept service of Plaintiff's Summons and Complaint and to respond to the Complaint on or before November 8, 2013. The parties agree that Plaintiff must take the deposition of Defendant Turner before meaningful settlement discussions may occur in this matter. The parties anticipate that Defendant Turner's deposition will occur before November 30, 2013. A settlement conference in the above-captioned matter is currently scheduled to occur on January 24, 2014 at 10:00 a.m. The settlement conference was previously scheduled for October 22, 2013.

The parties request that the Court enter an order continuing the November 7, 2013 case management conference to a date in February 2014 after the settlement conference on January 24, 2014.

Dated: October 30, 2013

RUSSELL A. ROBINSON, ESQ.
LAW OFFICE OF RUSSELL A. ROBINSON

By: /s/ Russell A. Robinson
RUSSELL A. ROBINSON
Attorneys for Plaintiff Freddie New

Dated: October 30, 2013

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
TERENCE HOWZELL
Deputy City Attorney

By: /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendant

CITY AND COUNTY OF SAN FRANCISCO

[~~PROPOSED~~] ORDER

For good cause appearing, the case management conference currently set for November 7, 2013 at 9:15 a.m. is hereby continued to February __13__, 2014 at __9:00__ a.m.

Dated: October ___, 2013

_____
EDWARD M. CHEN
Judge of the United States District Court

