1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  TERENCE J. HOWZELL, State Bar #140822
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3960
6  Facsimile:    (415) 554-4248
   E-Mail:       terence.howzell@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9  RUSSELL A. ROBINSON, State Bar #163937
   Law Office of Russell A. Robinson
10 345 Grove Street, 1st Floor
   San Francisco, CA  94102
11 Facsimile:    (415) 431-4526

12 Counsel for Plaintiff
   FREDDIE NEW
13

14                     UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 | FREDDIE NEW,                          | Case No. C 13 1285 EMC
17 |     Plaintiff,                        |
   |                                       | **JOINT CASE MANAGEMENT CONFERENCE
18 |     vs.                               | STATEMENT AND PROPOSED ORDER
   |                                       | CONTINUING CASE MANAGEMENT
19 | CITY AND COUNTY OF SAN                | CONFERENCE**
   | FRANCISCO, SAN FRANCISCO              |
20 | MUNICIPAL TRANSIT AGENCY, CHERYL      | Hearing Date: February 27, 2014
   | TURNER, ROBERT LOUIE, and DOES 1-40,  | Time:         10:30 a.m.
21 |                                       | Place:        Courtroom 5, 17th Floor
   |     Defendants.                       | Judge:        Honorable Edward M. Chen
22 |                                       |
   |                                       | Date Action Filed:   December 22, 2011
23 |                                       | Trial Date:          None Set

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT            1                    n:\labor\li2013\130918\00905359.doc
CASE NO.  C 13 1285 EMC

The parties through their counsel of record submit the following Joint Case Management Conference Statement.

### STATUS OF THE ACTION

At the initial case management conference on August 22, 2013, Plaintiff's counsel requested and the Court ordered that Defendant Cheryl Turner be made available for deposition prior to the parties participating in alternative dispute resolution. In anticipation of the settlement conference scheduled on January 24, 2014 with Magistrate Judge Maria-Elena James, Defendant Cheryl Turner was deposed on January 14, 2014. The matter did not settle at the January 24th settlement conference and was scheduled for a further settlement conference on February 11, 2014. At 5:39 p.m. on the day before the further settlement conference, Plaintiff's counsel emailed the Court and Defendants' counsel to advise that Plaintiff would be unavailable the next day for the settlement conference and the balance of the week because he had to attend a memorial service in Sacramento.

As a result, the February 11th settlement conference was cancelled and the Court advised that it would contact the parties concerning a further settlement conference date. The parties request that the Court enter an order continuing the February 27, 2014 case management conference to a date in April 2014 in anticipation of parties being scheduled for a settlement conference in March 2014.

Dated: February 20, 2014

RUSSELL A. ROBINSON, ESQ.
LAW OFFICE OF RUSSELL A. ROBINSON

By:  /s/ Russell A. Robinson
RUSSELL A. ROBINSON
Attorneys for Plaintiff Freddie New

Dated: February 20, 2014

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
TERENCE HOWZELL
Deputy City Attorney

By: /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendant

CITY AND COUNTY OF SAN FRANCISCO

1 **[PROPOSED] ORDER**

3   For good cause appearing, the case management conference currently set for February 27, 2014 at 10:30 a.m. is hereby continued to April __10__, 2014 at __10:30__ a.m.

Dated: February __25__, 2014

_____
EDWARD M. CHEN
Judge of the United States District Court



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

JOINT CASE MANAGEMENT STATEMENT         3                    n:\labor\li2013\130918\00905359.doc
CASE NO.  C 13 1285 EMC