Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco, CA 94102
Phone:   415 255 0462
Fax:     415 431 4526

Counsel for Plaintiff
FREDDIE NEW

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## CITY & COUNTY OF SAN FRANCISCO

| | |
|---|---|
| FREDDIE NEW, | No.   C-13-1285-EMC (MEJ) |
| Plaintiff, | [Proposed] **ORDER TO CONTINUE THE SETTLEMENT CONFERENCE** |
| v. | Dates:   March 31, 2014 & April 15, 2014 |
| CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSIT AGENCY, CHERYL TURNER, ROBERT LOUIE, and DOES 1-40, | Trial:   No date set |
| Defendants. | |

Based upon the stipulation of the parties, and good cause appearing, it is hereby ordered as follows:

The settlement conference now set for March 31, 2014, at 2:00 p.m., shall be continued to April 9, 2014, at 10:00 a.m., before the Honorable Magistrate Judge Maria-Elena James.

**IT IS SO ORDERED.**

Date:   March 25, 2014

_____
Hon. Maria-Elena James
United States District Court
Northern Dist. Of California

*New v. C&CSF, et al.*
ORDER

P007PO1