1  Russell A. Robinson, SBN 163937
   Law Office of Russell A. Robinson
2  345 Grove Street, 1st Floor
   San Francisco, CA 94102
3  Phone:        415 255 0462
   Fax:          415 431 4526
4
   Counsel for Plaintiff
5  **FREDDIE NEW**

6

7

8             SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                     CITY & COUNTY OF SAN FRANCISCO

10

11 FREDDIE NEW,                               ) No.   C-13-1285-EMC (MEJ)
                                              )
12         Plaintiff,                         ) **STIPULATION OF DISMISSAL WITH**
                                              ) **PREJUDICE**
13 v.                                         ) **[FRCP Rule 41(a)(1)(A)(ii)]**
                                              )
14 CITY & COUNTY OF SAN FRANCISCO, SAN        )
   FRANCISCO MUNICIPAL TRANSIT AGENCY,        )
15 CHERYL TURNER, ROBERT LOUIE, and           )
   DOES 1-40,                                 )
16                                            )
           Defendants.                        )
17 _____    )

18         THE PARTIES HERETO, through counsel of record, hereby stipulate as follows:

19         This matter and all claims encompassed therein, or arising therefrom, including without

20 limitation, claims for damages, attorneys' fees, and costs of suit, shall be and hereby are

21 dismissed with prejudice, pursuant to terms of settlement reached between the parties on April

22 9, 2014 on the record before the Honorable Magistrate Judge Maria-Elena James.

23         Pursuant to terms of the settlement, each side will bear its own costs and fees, if any.

24

25

26

27

28 / / /

1   **IT IS SO STIPULATED.**

3   Date:   April 22, 2014                    *Russell A. Robinson /s/*
                                              By:    Russell A. Robinson
4                                             Law Office of Russell A. Robinson
                                              Counsel for Plaintiff
5                                             FREDDIE NEW

8   Date:   April 22, 2014                    *Terence J. Howzell /s/*
                                              By:    Terrence J. Howzell
9                                             Office of the City Attorney
                                              Counsel for Defendants
10                                            CITY & COUNTY OF SAN FRANCISCO, SAN
                                              FRANCISCO MUNICIPAL TRANSIT AGENCY, CHERYL
11                                            TURNER, and ROBERT LOUIE

13  IT IS SO ORDERED:

14  _____
    Edward M. Chen
15  U.S. District Judge



*New v. C&CSF, et al.*
STIPULATION OF DISMISSAL             - 2 -                                          P010STIP